**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **STEPHEN PITRE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NUMBER:** |
| | § | **2:19-CV-13706-CJB-MBN** |
| **THE LINCOLN NATIONAL** | § | |
| **LIFE INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant The Lincoln National Life Insurance Company makes the following disclosure:

> Defendant, The Lincoln National Life Insurance Company, is a wholly-owned subsidiary of Lincoln National Corporation ("Lincoln"). Lincoln is publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

*/s/ Avery A. Simmons*
Avery A. Simmons (Louisiana Bar Roll No. 32942)
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
704.338.6000 (phone)
704.332.8858 (facsimile)
asimmons@bradley.com

*Attorney for The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2020, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification to the following:

David C. Pellegrin, Jr.
THE PELLEGRIN FIRM, LLC
3500 North Hullen Street, Suite 17D
Metairie, LA 700002
504.405.3245 (phone)
1.866.651.8738 (facsimile)
dpellegrin@pellegrinfirm.com

*s/Avery A. Simmons*