UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN PITRE | CIVIL ACTION |
| VERSUS | NO: 19-13706 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION: “J”(5) |

## ORDER

Considering that the Court has been advised that the parties have reached a settlement of all claims in this matter,

**IT IS ORDERED** that Plaintiff's claims against Defendants in the above-captioned matter are hereby dismissed without costs, and without prejudice, with the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

New Orleans, Louisiana, this 14th day of January, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE