**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEPHEN PITRE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-13706** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION J(5)** |

---

**MOTION TO DISMISS**

---

NOW INTO COURT, through undersigned counsel, comes plaintiff, STEPHEN PITRE, on suggesting that the parties have resolved all disputes existing between them, moves this Court to dismiss the captioned litigation in its entirety, with prejudice, each party to bear his or its own costs.

WHEREFORE, plaintiff, STEPHEN PITRE, prays that his Motion to Dismiss with Prejudice be granted, and that the Court enter an order dismissing the captioned litigation, with prejudice, each party to bear their own costs.

RESPECTFULLY SUBMITTED

THE PELLEGRIN FIRM, L.L.C.

/s/ David C. Pellegrin
DAVID C. PELLEGRIN, T.A. (La. Bar #34957)
3500 North Hullen Street
Suite 17D
Metairie, LA 70002
email: dpellegrin@pellegrinfirm.com
phone: 504-405-3245

fax: 1-866-651-8738
Attorney for Plaintiff Stephen Pitre

I hereby certify that on the 24th day of January 2020, a true and correct copy of the foregoing document was served on all parties receiving notice via CM/ECF, and on counsel for the defendants not receiving notice on this case via CM/ECF listed below via email and U.S. Mail prepaid:

Jason A. Walters
Avery A. Simmons
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
asimmons@bradley.com
jwalters@bradley.com
Via CM/ECF, email, and U.S. Mail

/s/David C. Pellegrin