**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEPHEN PITRE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-13706** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION J(5)** |

---

# ORDER

---

Considering the foregoing Motion to Dismiss with Prejudice;

IT IS ORDERED that plaintiff's claims against LINCOLN NATIONAL LIFE INSURANCE COMPANY, and this suit in its entirety, be, and the same hereby are, dismissed with prejudice, with each party to bear his or its own costs.

New Orleans, Louisiana, on this _______ day of _________________________, 2020.

________________________________________

DISTRICT JUDGE