UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN PITRE | CIVIL ACTION |
| VERSUS | NO: 19-13706 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION: “J”(5) |

**ORDER**

Considering the *Motion to Dismiss with Prejudice* **(Rec. Doc. 8)** filed by Plaintiff,

**IT IS ORDERED** that Plaintiff’s claims against Lincoln National Life Insurance Company, and this suit in its entirety, be and hereby are, dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 27th day of January, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE